IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF | MISCELLANEOUS |
| ANDRE M. BEAUREGARD | |
| Respondent | No. 18mc185 |

FILED 2018 JUN 21 PM 2:32 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

RESPONDENT'S ANSWER TO SHOW CAUSE

1. On June 5, 2018, the Supreme Court of the State of Delaware issued it's opinion an Order in the *Matter of a Member of the Bar: Beauregard* File 477, 2017 which limits his practice of law for the period commencing July 2, 2018 until January 2, 2019, by suspending his privileges to represent private individuals and entities in Delaware Courts.

2. The Respondent's privilege to practice law in Delaware Courts when representing clients referred to him by Delaware's Office of Conflict Council ("OCC") is expressly authorized.[1]

3. The period of suspension subject to the preceding condition is for six (6) months. When the six (6) month period expires, the Respondent is automatically restored to full licensure in his practice of law (i.e., without restriction)  The Respondent is not required to re-apply for re-admission to the Bar.

4. Respondent would be subject to these same conditions were The United States District Court ("District Court") for the District of Delaware would impose identical discipline upon the Respondent.

---

[1] "Subject to the condition stated below, Mr. Beauregard is suspended from the practice of law for six mnths beginning July 2, 2018.  During his suspension, Mr. Beauregard shall not practice law or share in any legal fees arising from clients or cases referred by Mr. Beauregard to any other attorney or share in any legal fees earned for services. *Mr. Beauregard may, however, continue to provide criminal defense representation through the Office of Conflicts Counsel"*  Emphasis added  Page 35  Upon Review of the Report of the Board of Professional Responsibility In the Supreme Court of the State of Delaware, In the Matter of a Member of the Bar: Beauregard, No 477, 2017 (See In re: Pankowski, 977 A.2d 899, 2009 WL 2044803, at *1 (Del. July 15, 2009) (TABLE), (permitting suspended lawyer to "provide legal services under the supervision of and in connection with the Superior Court Criminal Conflicts Program".

Page 2

Witness my hand, this 19th day of June, 2018.

S/ _____
Andre M. Beauregard,

Attachment:  Exhibit 1   Upon Review of the Report of the Board of Professional Responsibility In the Supreme Court of the State of Delaware, <u>In the Matter of a Member of the Bar:   Beauregard</u>  No. 477, 2017